UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09CV66

| | |
|---|---|
| **JEWEL C. DRINKARD,** | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) **ORDER** |
| **WALNUT STREET SECURITIES, INC.** | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the parties' "Joint Discovery Plan" (Doc. #12) filed on April 7, 2009. The undersigned has reviewed this submission and determined that it does not comply with the Clerk's Entry and Service of Initial Scheduling Order and Certificate of Initial Attorney FRCP 26(f) Conference Form filed on March 9, 2009. After consulting with the chambers of the District Judge to whom this case is assigned (The Honorable Frank D. Whitney), the undersigned is striking the "Joint Discovery Plan" from the Docket Sheet.

**NOW THEREFORE**, the Clerk is directed to strike Document 12 from the docket and parties are hereby given SEVEN (7) days to resubmit the Certification and Report of F.R.C.P. 26(f) Conference and Proposed Discovery Plan in accordance with the forms entered by the Clerk of Court on March 9, 2009.

**SO ORDERED.**

Signed: April 8, 2009

David S. Cayer
United States Magistrate Judge